

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-17-2009

# Ramnarain Joeglal v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-3525

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Ramnarain Joeglal v. Atty Gen USA" (2009). *2009 Decisions.* Paper 89.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/89

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-3525

RAMNARAIN JOEGLAL; RANDISH JOEGLAL;
RISHI JOEGLAL; LELITA JOEGLAL,
Petitioners

v.

ATTORNEY GENERAL OF THE UNITED STATES

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency Nos. A73-050-262, A73-050-263, A73-050-264, & A73-050-265)
Immigration Judge: Honorable Daniel Meisner

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 7, 2009

Before: AMBRO, FISHER and JORDAN, <u>Circuit</u> <u>Judges</u>

(Opinion filed October 21, 2009)

## <u>ORDER  AMENDING  NOT PRECEDENTIAL  OPINION</u>

PER CURIAM

IT IS NOW ORDERED that the Not Precedential Opinion in the above case filed
October 21, 2009, be amended as follows:

On page 3, lines 11–12, delete the sentence that reads: "However, their own
allegations that they sought other counsel after Saint-Preux undermines a claim of late
discovery of his malfeasance."

1

By the Court,

/s/ Thomas L. Ambro,
Circuit Judge

Dated: December 17, 2009
smw/cc:      Karamvir Dahiya, Esq.
              Regis Fernandez, Esq.
              Margaret A. O'Donnell, Esq.